UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR78 (SRU) |
| KENNETH MOORE | : | May 11, 2005 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CHRISTINE SCIARRINO
    ATTORNEY BAR NO: CT03393
    ATTORNEY FOR THE DEPARTMENT OF JUSTICE
    UNITED STATES ATTORNEY'S OFFICE
    P. O. BOX 1824
    NEW HAVEN, CT  06508
    TELEPHONE: (203) 821-3700
    FAX: (203) 773-5392
    E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 11th day of May, 2005 to:

Roger Sigal, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, Connecticut 06106-1976

_____
Christine Sciarrino