UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR78 (SRU) |
| KENNETH MOORE | : | May 11, 2005 |

UNITED STATES' EX PARTE APPLICATION FOR WRIT OF EXECUTION

The United States of America, through its undersigned attorney, hereby makes application pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203(c)(1) to this Court to issue a Writ of Execution stating as follows:

1. The Defendant, Kenneth Moore, is indebted to his victims in the amount of a $213,426.10 as of May 11, 2005, imposed through a restitution order entered by this Court on May 18, 2004.

2. The Court's Restitution Order specifically provided that restitution was "due and payable immediately".

3. Since the entry of the Restitution Order in May, 2004, Defendant Moore has made a total of three payments: $25.00 on September 13, 2004; $25.00 on December 13, 2004; and $50.00 on January 13, 2005. (Exhibit A).

4. Defendant Moore filed an administrative claim with the State of Connecticut's Department of Labor (hereinafter "DOL"), claiming damages from a former employer.

5. It has come to the Government's attention that Defendant Moore was successful in his administrative claim, and that the DOL will be collecting damages on behalf of Defendant Moore in the near future.

     Accordingly, the United States respectfully files this Application for Writ of Execution seeking attachment of any funds collected by the DOL on behalf of Defendant Moore, so that these funds may be turned over to the Clerk of Court in partial payment of the Defendant's outstanding restitution debt.  Upon the issuance of a Writ, the United States will forward the Writ to the United States Marshal for immediate service upon Kenneth Moore and the DOL.  Service upon Defendant Kenneth Moore will also include required notice and instructions, and Defendant Moore will be provided with the opportunity to request a hearing if he so desires.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                CHRISTINE SCIARRINO
                ATTORNEY BAR NO: CT03393
                ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                UNITED STATES ATTORNEY'S OFFICE
                P. O. BOX 1824
                NEW HAVEN, CT  06508
                TELEPHONE: (203) 821-3700
                FAX: (203) 773-5392
                E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV