```
RUN DATE: 11-MAY-2005                          PAYMENT HISTORY REPORT                              Report: CZ_QRYG
                                                                                                   PAGE: 1 OF 2
              DEBTOR: Moore, Kenneth
              COURT NUMBER: 3:03CR78           FOR: 2004Z00312/001                     PRIORITY CODE: 03
CURRENT LIABILITY BALANCE: $212,185.66

FIN    FIN   COL   REC           FORM/   REC                 DEPOSIT    CHECK     BOP           PMNT AMT    POST
SEQ    CODE  TYPE  DATE          REC BY  FROM                NO.        NO.       DEPOSIT NO.                DATE
----   ----  ----  -----------   ------  ---------------     -------    -------   -----------   --------   -----------
0007   PMNT   8    13-SEP-2004   CL/A    MOORE, KENNETH                                          $25.00    09-NOV-2004
0008   PMNT   8    13-JAN-2005   CL/A    usdc                           H014729                  $50.00    27-JAN-2005
0009   PMNT   8    13-DEC-2004   CL/A    MOORE, KENNETH                                          $25.00    07-FEB-2005
                                                                                                 --------

                                                             Total Payments for Debtor:          $100.00
```



GOVERNMENT EXHIBIT A