UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH MOORE | CRIMINAL NO.<br>3:03cr78 (SRU) |

### SCHEDULING ORDER

As a result of the remand from the Court of Appeals, I intend to consider whether I would have imposed a non-trivially different sentence in this case if the Sentencing Guidelines had been advisory. That consideration will include a review of the pre-sentence report and the transcript of the sentencing hearing conducted on May 17, 2004.

If counsel wish to file written submissions concerning whether I should have imposed a non-trivially different sentence, they should file simultaneous submissions on or before July 29, 2005. If the defendant wishes to avoid resentencing, he should promptly notify the court that resentencing will not be sought.

It is so ordered.

Dated at Bridgeport, Connecticut, this 30th day of June 2005.

        /s/ Stefan R. Underhill
        Stefan R. Underhill
        United States District Judge