# MANDATE

D. Conn. (NEW HAVEN)
03-cr-78
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of May two thousand and five,

Present:

    Hon. Dennis Jacobs,
    Hon. Robert D. Sack,
    Hon. Reena Raggi,
        *Circuit Judges.*

United States of America,

        Appellee,

    v.                                                                                   No. 04-3326-cr

Kenneth Moore,

        Defendant-Appellant

    Defendant-Appellant moves, with the Government's consent, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

SAO/JG

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

MANDATE: 7-11-05