UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR78(SRU) |
| KENNETH MOORE | : | NOTICE OF MANUAL FILING |

Please take notice that Kenneth Moore has manually filed Defendant's Supplemental Memorandum in Aid of Sentencing dated May 17, 2004 as Exhibit A to Defendant's Memorandum in Aid of Sentencing dated July 27, 2005..

This document has not been filed electronically because:.

[ ]   the document cannot be converted to an electronic format

[X]   the electronic file size of the document exceeds 1.5 mb

[ ]   The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]

[ ]   Plaintiff/Defendant is excused from electronically filing this document by court order.

The document has been manually served on all parties.

           Respectfully submitted,

           THE DEFENDANT,

           THOMAS G. DENNIS
           FEDERAL DEFENDER

           /s/

Dated: July 27, 2005

           Deirdre A. Murray
           Asst. Federal Defender
           2 Whitney Ave., Suite 300
           New Haven, CT 06510
           Bar No. Ct01724
           (203) 498-4200

- 2 -

## CERTIFICATION

  I HEREBY CERTIFY that a copy of the foregoing Notice of Manual Filing has been mailed to Robert Spector, Assistant United States Attorney, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 27th day of July 2005.

              /s/
              _____
              Deirdre A. Murray