# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## JUDGMENT IN A CRIMINAL CASE
**FILED**

UNITED STATES OF AMERICA

v.

**KENNETH MOORE**

Hamden, CT 06517
SSN:                    DOB:

CASE NO. 3:03CR78 (SRU)    2004 MAY 18   3:38

Robert M. Spector, Assistant U.S. Attorney

Roger Sigal, AFPD
Defendant's Attorney

The defendant pled guilty to count **One** after a plea of not guilty. Accordingly, the defendant is adjudged guilty of count **One**, which involves the following offense:

Title & Section: **18:1028(a)(7),(b)(1)(D) and (c)(3)**    Count: **One**
Nature of Offense: **Identification Fraud**
Date Offense Concluded: **3/26/03**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: **43 months**. This sentence reflects an upward departure under U.S.S.G. Section 4A1.3, because the defendant's criminal history category significantly under represents the likelihood of recidivism. Upon release from custody, the defendant shall be on supervised release for a term of **3 years**. Restitution is ordered in the amount of $209,669.25.

Special Conditions of Supervised Release include: 1) The defendant shall participate in a substance abuse program, either inpatient or outpatient, as approved by the probation officer, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on his ability to pay, in an amount to be approved by the probation officer. 2) The defendant shall pay $209,669.25 in restitution at the rate of $250.00 per month subject to adjustment. 3) The defendant is prohibited from incurring any new credit charges, or opening additional lines of credit, without the approval of the probation officer.

The court recommends to the Bureau of Prisons that: 1) If he qualifies, the defendant be permitted to participate in the 500 hour drug rehabilitation treatment program. 2) The defendant be designated to a facility as close to Connecticut as possible.

The defendant shall voluntarily surrender to the Bureau of Prisons by 2:00 p.m. on June 9, 2004.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

In addition to the special conditions of supervised release imposed above, it is hereby ordered that the conditions of supervised release set out on the reverse side are imposed.

Counts **Two and Three** dismissed on the motion of the United States.

It is ordered that the defendant shall pay a Special Assessment of **$100.00**, for count One which shall be due **immediately**.

CERTIFIED AS A TRUE COPY
ON THIS DATE  5-18-04
Kevin F. Rowe, Clerk

By: _____
Deputy Clerk

GOVERNMENT EXHIBIT A

May 17, 2004
Date of Imposition of Sentence

Stefan R. Underhill, United States District Judge
Date: **May 18, 2004**