UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 18 A II: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

v.    Crim. No. 3:03CR78(SRU)

KENNETH MOORE

ORDER OF RESTITUTION

Pursuant to 18 U.S.C. § 3663A and the agreement of the parties, as set forth in the plea agreement, it is hereby

ORDERED, that

1. The defendant shall pay the sum of $209,669.25 as restitution to the victims in this case, due and payable immediately, and to be distributed equally as delineated in the attachment to this order until each victim is paid in full;

2. To the extent any of the restitution remains unpaid during the period of the defendant's incarceration, if the defendant participates in the Bureau of Prisons ("BOP") UNICOR program as a grade 1 through 4, he shall pay 50% of his monthly UNICOR earnings toward this restitution Order, consistent with BOP regulations, 28 C.F.R. § 545.11.

3. To the extent any of the restitution remains unpaid at the time of the defendant's release from prison, payment of the remaining unpaid restitution will constitute a special condition of the defendant's term of supervised release, together with the special condition that he defendant obtain full-time employment. Restitution shall be paid in an amount of not less than $~~100.00~~ $250.00 sru per month; and said monthly amount may be increased commensurate with the defendant's income;

GOVERNMENT EXHIBIT B

## ATTACHMENT A

| VICTIM | RESTITUTION AMOUNT |
|---|---|
| First National Bank of Omaha<br>**Account # 4418-4091-1858-5968**<br>Fraud Recovery Unit<br>P.O. Box 2490<br>Omaha, NE 68172 | $15,084.63 |
| Citizens Bank<br>1998 Chevy S-10 Pickup<br>**Loan # 2210732638**<br>Operation Center<br>1 Citizen Bank<br>Riverside, RI 02915 | $5,569.91 |
| Citizens Bank<br>1998 Chevy S-10 Pickup<br>**Loan # 2210732646**<br>Operation Center<br>1 Citizen Bank<br>Riverside, RI 02915 | $4,352.44 |
| US Bank<br>**Account #s 4127-1345-5568-8345; 4127-1310-0001-0945 and 4127-1310-0001-4400**<br>ATTN: Cardmember Investigation Services<br>P.O. Box 6355<br>Fargo, ND 58125-6355 | $54,865.25 |
| CT Bank of Commerce/Hudson United Bank<br>1994 Mercedes Benz<br>**Loan # 7114323** | $26,417.86 |
| Shell Oil - Citicorp.<br>**Account # 651-420-127** | $1,630.79 |
| Monogram Credit Card/Bank of Georgia, DBA Lowe's<br>**Account # 819-2307004592-9**<br>P.O. Box 628048<br>Orlando, FL 32862-9048 | $15,126.57 |
| Macy's Credit Card<br>**Account # 41-026595-973** | $1,859.87 |

| VICTIM | RESTITUTION AMOUNT |
|---|---|
| Creditor's Interchange<br>July 9, 2001 purchase of Trophy fishing boat<br>80 Holtz Drive<br>Buffalo, NY 14225<br>Thomas Wilcox, Dir. Of Compliance<br>Linda Schulz, VP of Client Relations | $36,124.50 |
| American Express<br>**Account #s 3715-309223-71015; 3715-309223-71023; and 3715-309223-71031** | $23,555.77 |
| Capital One<br>**Account # 4791-2416-6317-7420**<br>Capitol One<br>ATTN: Greg Marrett<br>Fraud Investigator<br>P.O. Box 85582<br>Richmond, VA 23260 | $5,024.61 |
| First USA Bank<br>**Account # 4246-3112-8804-5344**<br>First USA Bank<br>ATTN: Diane Henn<br>Fraud Investigator<br>P.O. Box 1523<br>Lindenhurst, NY 11757 | $8,455.30 |
| Advanta Bank<br>**Account # 5477-5326-3602-0013**<br>Chris Callister, Security Department<br>P.O. Box 30715<br>Salt Lake City, UT 84130-0715 | $5,438.00 |
| Ashante Warner<br>466 Legion Avenue<br>New Haven, CT 06519<br>**Webster Bank Account # 100009401013** | $6,163.75 |

**TOTAL RESTITUTION AMOUNT**                                    $209,669.25

4. The provisions set forth in 18 U.S.C. § 3664(k) apply, including the following:

   a. The defendant shall notify the Court and the Government of any material change in his economic circumstances that might affect his ability to pay restitution;

   b. The Court will accept notification of a material change in the defendant's economic circumstances from the Government or from the victims; and

   c. Upon receipt of the notification, the Court may, on its own motion or the motion of any party, including the victims, adjust the payment schedule or require immediate payment in full, as the interests of justice require;

4. The defendant is directed to make all payments to the Clerk of Court, United States Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut, 06604. All checks must reference the docket number "3:03CR78 (SRU)"; and

5. The Clerk of Court is directed to disburse restitution payments, from time to time as he deems appropriate, equally to the victims identified on Attachment A until each victim is paid in full.

SO ORDERED this 17th day of May, 2004, at Bridgeport, Connecticut

_____
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE