DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

United States Attorney's Office for      Serial Number
The District of Connecticut              2004Z00312

NOTICE is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, §3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to §3613(b).

Name of Defendant/Social Security: Kenneth Moore,   SSN: ███

Residence: ███
Hamden, Connecticut

Amount of Fine / Restitution: $209,669.25

Court Imposing Judgment: District of Connecticut   Court Number: 3:03CR78 (SRU)

Date of Judgment: May 18, 2004

Date of the Entry of Judgment: May 18, 2004

Rate of Interest: Unless waived or deferred, interest and/or penalties will accrue pursuant to 18 U.S.C. § 3612. Penalties may total up to 25 percent of the principal amount past due.

IMPORTANT RELEASE INFORMATION--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. §3613(b) on December 18, 2027.

PLACE OF FILING:   Town Clerk
                   Memorial Town Hall
                   Whitney Ave.
                   Hamden CT 06518

This notice was prepared and signed at New Haven, Connecticut on this 10th day of August, 2004.

_____
CHRISTINE SCARRINO
ASSISTANT U.S. ATTORNEY
U. S. ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT 06508   (203) 821-3700



GOVERNMENT EXHIBIT C