UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR78 (SRU) |
| KENNETH MOORE | : | October 11, 2005 |

SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

Defendant, through counsel, hereby supplements his previously-filed sentencing memorandum. While defense counsel previously outlined the pertinent sentencing issues, the defendant wishes to make the court aware of his post-sentencing rehabilitative efforts as well as his current family responsibilities.

**I.    Post-Sentencing Rehabilitative Efforts.**

The defendant wishes to bring to the Court's attention all efforts he has made to better himself during his period of incarceration. Mr. Moore voluntarily surrendered to the custody of the United States Bureau of Prisons on June 9, 2004. Since that time he has kept himself constantly busy, taking advantage of every opportunity available to him to rehabilitate himself.

Specifically, in the past fifteen months the defendant has completed six college courses through Burlington County College. He has completed a course in vocational training for Frameshop and Woodshop. He has volunteered his time to repair bicycles which are subsequently provided to underprivileged children. Mr. Moore is particularly hopeful that his experience with the criminal justice system can be instructive to young people. To that end he has also been involved in a panel discussion with inmates and inner-city children to stress the importance of living a crime and drug-free lifestyle. It is hoped that by sharing his experience, others will be deterred from engaging in a life of crime. He has also faithfully attended NA and AA meetings to continue to address his substance abuse problems which were at the root of his past criminal behavior.

**II.    The Defendant's Family Obligations.**

The defendant previously briefed the issue of his family obligations and his desire for a downward departure based on those obligations. Since his incarceration significant events have

- 2 -

occurred to various members of Mr. Moore's family which weigh strongly in favor of a downward departure based on his family obligations and the needs of those dependent upon him.

Since Mr. Moore's incarceration his grandmother has had to enter hospice care. She is currently suffering from lung cancer. Mr. Moore's mother has recently undergone serious heart surgery, while his brother has recently had emergency surgery for colon and prostate cancer. Mr. Moore respectfully submits that he is needed by his family members to provide comfort, care and support during this difficult time in which they are coping with life threatening health problems.

Mr. Moore would additionally request that the Court consider that Mr. Moore was, prior to his incarceration, the primary earner for his family. Since his incarceration, his son has had to leave college because he lacked the funds to pay his tuition. Mr. Moore hopes to be able to return as soon as possible to the workforce in order to earn the money necessary to fulfill his parental obligations, including financing his son's education.

### III.  Conclusion.

Mr. Moore respectfully requests that the Court also consider the factors set forth above when determining if the Court would have imposed a non-trivially different sentence under an advisory sentencing scheme. As the Court is aware, in addition to Guidelines considerations, the Court must consider the factors set forth under 18 U.S.C. § 3553 in determining an appropriate sentence. The defendant respectfully requests that the Court exercise its discretion and depart downward given the variety of mitigating circumstances outlined in the defendant's sentencing memoranda.

- 3 -

Respectfully submitted,

THE DEFENDANT,
Kenneth Moore

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: October 11, 2005

/s/ Deirdre A. Murray
Deirdre A. Murray
Assistant Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. Ct22981
(203) 498-4200
Email: deirdre.murray@fd.org

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Supplemental Memorandum in Aid of Sentencing has been mailed to Robert Spector, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 7 day of October 2005.

/s/ Deirdre A. Murray
Deirdre A. Murray