December 26, 2005

JAN 0 4 2006

Clerk of the Court
U.S. District Court
District of Conneticut
Federal Courthouse Building
915 Lafayette Boulevard
Bridgeport, CT 06601

3:03-cr-00078-SRU-1

Re: **WRIT OF EXECUTION WAGE EARNINGS ATTACHMENT**

Dear Clerk of the Court:

The Defendant respectfully submits this request to the Court to issue an immediate order to strike the Government's Writ of Execution ordered by the Court on May 23, 2005, to attach the Defendants wage earnings. The Defendant did make a previous request to the Court on September 19, 2005 and again on October 14, 2005. That pursuant to the Federal Debtors Collection Procedure Act; **Title 28 U.S.C. § 3203(a) Property subject to execution,** the Governments Writ of Execution is not valid and has no merit. The Defendant further request that this Court enter an order to release the Defendants wage earnings now being held in escrow by the Department of Labor to the Defendant. That as a result of the Defendants incarceration, the Defendant has suffered severe financial hardship, and needs these wage earnings to support his four dependent children, and young adult son in college. The Defendant has made the special assessment payment of $100.00 timely as ordered by the Court, and will begin the restitution payments of $250.00 per month during the Defendants supervised release as so ordered by the Court at the time of the Defendants sentencing.

Please advise.

Respectfully submitted,

Kenneth Moore

Kenneth Moore

cc: Christine L. Sciarrino
    United States Attorney
    157 Church Street, 23rd floor
    P.O. Box 1824
    New Haven, CT 06510