FILED

2006 MAY 12 P 4: 50

U.S. DISTRICT COURT
BRIDGEPORT CT

April 26, 2006

Honorable Stefan R. Underhill
United States District Judge
United States District Court
District of Conneticut
915 Lafayette Boulevard
Bridgeport, CT  06601

Re: <u>United States V. Kenneth Moore 3:03-cr-00078-SRU-1</u>

Dear Judge Underhill,

Respectfully, I am requesting your ruling regarding the Government's Writ of Execution filed against my exempt[emphasis added] wage earnings settled by the Department of Labor May 4, 2005 on my behalf from my former employer L & S Mortgage. Currently, I am experiencing severe financial difficulty and hardship in supporting my four dependent chidren and maintaining my young adult son in college. Federal law states that my wage earnings are exempt from attachment pursuant to 28 U.S.C § 3203(a).

One full year has past since the filing of the Government's Writ of Execution upon the Department of Labor, and approximately two full years without any income to support my immediate family. Accordingly, I am praying for relief in Striking the Government's Writ of Execution and order **releasing** my wage earnings from the State of Conneticut Department of Labor presently being held in escrow pending your ruling.

Respectfully,

*Kenneth Moore*
Kenneth Moore


Kenneth Moore
P.O. Box 1000
RDAP/ICC 15082-014
Lewisburg, PA 17837



Opportunity ★ Guidance ★ Support

**Wage And Workplace Standards Division**

| Wage Payment | Working Conditions |
| (860) 263-6790 | (860) 263-6791 |
| Minimum Wage/Overtime | Public Contract Compliance |
| (860) 263-6790 | (860) 263-6790 |
| Website | Fax |
| www.ctdol.state.ct.us | (860) 263-6541 |

May 4, 2005

Kenneth Moore 15082-014
FCI P.O. Box 2000
Unit No. 5741 East
Fort Dix, NJ  08640

Re:  L&S Mortgage

Dear Mr. Moore:

Reference is made to the claim for wages that you filed against the above named company.

A final settlement has been reached.  L&S Mortgage has agreed to pay $10,620.72 in back wages on the Peters, Brown, Alwani, Mitchell, Gulley and Drayton loans.  For a detailed breakdown, refer to Field Supervisor Barrachina's March 29, 2005 letter.  Be advised that there were no documents to support your commission plan to include payment on the Yield Spread.

The payment plan is as follows:  L&S Mortgage will make payments to the Department of Labor.  This is a standard operating practice to ensure the checks are negotiable.  The payment plan calls for payment of $1,620.72 to be made by May 20, 2005.  Each month thereafter a total of $1,000.00 is due until the bill is paid in full.  You will be contacted again in regards to the collection of these wages.

Respectfully,

*Amy Jachimowski*

Amy Jachimowski
Wage Enforcement Agent
Ext. (860) 263-6719



Opportunity * Guidance * Support

## Wage And Workplace Standards Division

| Wage Payment | Working Conditions |
| (860) 263-6790 | (860) 263-6791 |
| Minimum Wage/Overtime | Public Contract Compliance |
| (860) 263-6790 | (860) 263-6790 |
| Website | Fax |
| www.ctdol.state.ct.us | (860) 263-6541 |

June 3, 2005

Kenneth Moore
110 Raintree Court
Aurora, IL  60504

RE:    L&S Mortgage

Dear Mr. Moore:

Enclosed is a Writ of Execution that our office received from U.S. District Court, Bridgeport, Connecticut. This office will be sending your wages to the US Attorney. We are no longer going to pursue for additional compensation. If you feel you are entitled to additional wages you will need to hire a private attorney.

Respectfully,

*Amy Jachimowski*

Amy Jachimowski
Wage Enforcement Agent
(860) 263-6719

Enclosure

June 15, 2004

Mr. Lamont Wright
L & S Mortgage
750 Main Street
Hartford, CT  06103

Re: Kenneth Moore wage claim

Dear Mr. Wright:

A claim for unpaid wages has been filed against you in this office by Kenneth Moore.

He states he was employed by you and was not paid in full for work performed.  Listed below is the period worked and the amount claimed to have been earned.

| Period Worked | Type of Claim | Amount |
| --- | --- | --- |
| 3/03 - 3/04 | Commission and Salary as attached | $42,955.00 |

**If the wages claimed are due, kindly forward to this office immediately a negotiable check or money order made payable to the claimant.  If you contest this claim, you must advise this office by return mail the reason why payment should not be made by June 25, 2004.  Interest will be assessed on any unpaid wages received after that date in accordance with section 31-72.**

Failure to pay wages when due is a violation of section 31-71b of the Connecticut General Statutes and is punishable by a fine and/ or imprisonment, in accordance with Section 31-71g.  Connecticut General Statutes section 31-69a provides for the collection of a civil penalty of $300.00 for each violation of wage law.  Section 31-72 of the Connecticut General Statutes provides for civil action and the assessment of interest from the date the wages should have been received.

Your cooperation in responding to this claim is appreciated.

Sincerely,


Rosemarie DeRobertis
Wage Enforcement Agent
Voice mail (860) 263-6622