UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

UNITED STATES OF AMERICA         :

      V.                              :         CASE NO. 3:03cr78(SRU)

KENNETH MOORE                    :

## MOTION TO EXTENT TIME FOR FILING NOTICE OF APPEAL

NOW COMES the Defendant, Kenneth Moore, pro se, and respectfully request this Court for an extention of time in which to file his Notice of Appeal to the District Court for the Second Circuit from ruling entered on Government's Application For Writ of Execution entered in the above-captioned case.

On May 12, 2006, this Court entered judgement granting Government's Application For Writ of Execution, which was docketed on May 19, 2006.

Despite the Defendant's timely mailing of his Notice of Appeal on May 12, 2006, the Court will not receive the Notice within therequired ten day's pursuant to the Federal Rules of Appellate Procedure.

Defendant received notice of the judgement entered by the Court on May 22, 2006, and therefore immediately filed his Notice of Appeal.

Pursuant to the Federal Rules of Appellate Procedure, this Court may extent the ten-day period for filing Notice of Appeal.

WHEREFORE, Defendant respectfully request this Court extent Defendant's time period for filing Notice of Appeal from May 12, 2006 to June 12, 2006, or in the alternative, this Court accept Defendant's Notice of Appeal timely mailed May 22, 2006 first class mail.

Respectfully submitted,

May 22, 2006
DATE

/s/ Kenneth Moore
KENNETH MOORE, DEFENDANT