UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

UNITED STATES OF AMERICA       :

    V.                             :        CASE NO. 3:03cr78(SRU)

KENNETH MOORE                  :

### NOTICE OF APPEAL

NOW COMES the Defendant, Kenneth Moore, pro se, and respectfully gives notice of claim of appeal to the District Court for the Second Circuit from ruling entered on Government's Application For Writ Of Execution entered in the above-captioned case.

Respectfully submitted,

May 22, 2006
Date

Kenneth Moore
Kenneth Moore, Defendant

Inmate Name: Kenneth Moore
Register Number: 15082-014

RDAP/UNIT 3
P.O. Box 1000
Lewisburg, PA 17837