NOTICE OF APPEAL
United States District Court
District of Connecticut

UNITED STATES OF AMERICA

v.                                                                  Docket No. 3:03CR78(SRU)

KENNETH MOORE                                          Hon. Stefan R. Underhill
                                                                       (District Court Judge)

Notice is hereby given that Kenneth Moore appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [X] Crosby Remand
                                                                       (Specify)

entered in this action on October 23, 2006

Offense occurred after November 1, 1987.        Yes  X     No ____

This appeal concerns: Conviction only ____     Sentence only  X     No ____

Date  October 31, 2006                                            Deirdre A. Murray
                                                                       (Counsel for Appellant)
TO    Ronald M. Spector                       Address    2 Whitney Avenue, Suite 300
       450 Main Street                                          New Haven, CT 06510
       Hartford, CT 06103                                     Telephone (203) 498-4200
       Telephone (860) 947-1101

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤ QUESTIONNAIRE | ➤TRANSCRIPT ORDER - Form B  ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [___] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason<br>[___] Daily copy is available<br>[ _ ] U. S. Attorney has placed order<br>[ X ] Other: Transcript already received | Prepare transcript of                          Dates<br>[___] Prepare proceedings _____<br>[___] Trial _____<br>[___] Sentencing _____<br>[___] Post-trial proceedings _____ |
| The attorney certified that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP10(b)). | |
| Method of payment [_____] Funds [_____] | CJA Form 24 [_____] |
| ATTORNEY'S SIGNATURE<br>*Deirdre A. Murray* | DATE<br>10/31/06 |
| ➤COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals |
| Date order received | Estimated complete date | Estimated number of pages |
| Date | Signature<br>( Court Reporter) |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U. S. District Court
2. Copy to U. S. Attorney's Office
3. Copy to Defendant's Attorney

4. U. S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A. Rev. 10-02