UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| vs. | : | CRIMINAL NO. 3:03CR78(SRU) | |
| KENNETH MOORE | : | USCA NO. 06-2663-cr | |

**INDEX TO THE RECORD ON APPEAL**

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 03/20/2003 | 1 | Sealed Indictment | 1 |
| 02/27/2004 | 26 | Plea Agreement | 2 |
| 03/03/2004 | 27 | Motion to Allow Out-of-State Travel | 3 |
| 03/05/2004 | 28 | Endorsement Order | 4 |
| 04/30/2004 | 29 | Motion for Revocation of Release Order | 5 |
| 05/14/2004 | 31 | Sentencing Memorandum By USA | 6 |
| 05/17/2004 | 33 | Marked Exhibit List by USA | 7 |
| 05/17/2004 | 34 | Sentencing Memorandum | 8 |
| 05/17/2004 | 35 | Supplemental Sentencing Memorandum | 9 |
| 05/17/2004 | 39 | Exhibit List by USA | 10 |
| 05/18/2004 | 37 | Order of Restitution | 11 |
| 05/18/2004 | 38 | Judgment | 12 |
| 05/19/2004 | 36 | Endorsement Order | 13 |
| 05/25/2004 | 40 | Transcript of Sentencing Hearing on 5/17/04 | 14 |
| 05/25/2004 | 41 | Transcript of Change of Plea | 15 |
| 05/28/2004 | 43 | Notice of Appeal | 16 |

- 2 -

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 06/01/2004 | 42 | Motion for Extension of Time | 17 |
| 06/04/2004 | 44 | Endorsement Order | 18 |
| 06/04/2004 | 45 | Memorandum in Opposition By USA | 19 |
| 05/13/2005 | 57 | Ex Parte Application for Writ of Execution by USA | 20 |
| 06/29/2005 | 60 | Motion for Post Crosby Proceedings on Remand by USA | 21 |
| 07/13/2005 | 62 | Sentencing Memorandum by USA | 22 |
| 07/15/2005 | 65 | Mandate of USA dated 7/11/05 | 23 |
| 07/28/2005 | 66 | Sentencing Memorandum by Kenneth Moore | 24 |
| 09/19/2005 | 67 | Letter Dated 8/18/05 by Kenneth Moore | 25 |
| 09/26/2005 | 68 | Objection Response by USA | 26 |
| 10/12/2005 | 69 | Sentencing Memorandum by Kenneth Moore | 27 |
| 10/14/2005 | 70 | Supplemental Sentencing Memorandum by USA | 28 |
| 10/14/2005 | 71 | Reply to the Response by Kenneth Moore | 29 |
| 01/04/2006 | 72 | Objection by Kenneth Moore | 30 |
| 01/17/2006 | 73 | Objection by USA | 31 |
| 01/31/2006 | 74 | Response to Government's Objection Letter Dated 1/24/06 | 32 |
| 02/01/2006 | 75 | Objection by USA | 33 |
| 05/12/2006 | 76 | Writ of Execution Letter Dated 4/26/06 | 34 |
| 05/12/2006 | 77 | Ruling as to Kenneth Moore | 35 |

- 3 -

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 05/22/2006 | 78 | Motion to Quash | 36 |
| 05/25/2006 | 80 | Notice of Appeal | 37 |
| 06/15/2006 | 82 | Objection by USA | 38 |
| 06/23/2006 | 83 | Electronic Endorsement Order Denying Motion to Quash | 39 |
| 10/23/2006 | 87 | Ruling and Order Declining Resentence | 40 |
| 11/01/2006 | 88 | Notice of Appeal | 41 |
| 12/26/2006 | 89 | USCA Scheduling Order | 42 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Ronald Spector, Assistant United States Attorney, 450 Main Street, Hartford, Connecticut 06103 on this 5th day of January 2007.

/s/
Deirdre A. Murray