UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA        : | |
| :                                  | |
| v.                               : | No. 3:03 CR 78 (SRU) |
| :                                  | |
| KENNETH MOORE                    : | |

**ORDER**

The defendant's motion to allow out-of-state travel to Negril, Jamaica from June 27, 2007 to July 3, 2007 is GRANTED. Defendant will provide all travel information as well as the address and telephone number of the hotel where he will be staying to his supervising probation officer, and will call in as directed.

It is so ordered.

Dated at Bridgeport, Connecticut this 26th day of February 2007.

        /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge