*New Haven Ct.*
*03-cr-78*
*UNDERHILL*

**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 06-2663cr

**Caption [use short title]**

**Motion for:** Dismissal of Appeal

USA
v
Moore

[FILED FEB 28 2007 - Thomas Asreen, Acting Clerk, UNITED STATES COURT OF APPEALS SECOND CIRCUIT]

**Set forth below precise, complete statement of relief sought:**

The Defendant, upon further consideration, does not wish to pursue his appeal, and counsel for the government is agreeable to withdrawal of the appeal.

**MOVING PARTY:** Kenneth Moore
☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Deirdre A. Murray, Esq.
[name of attorney, with firm, address, phone number and e-mail]
Asst. Federal Defender
Office of the Federal Defender
265 Church St., Suite 702
New Haven, CT 06510
203-498-4200
Deirdre_Murray@fd.org

**OPPOSING ATTORNEY [Name]:** Robert M. Spector, Esq.
[name of attorney, with firm, address, phone number and e-mail]
Asst. United States Attorney
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
860-947-1101
Robert.Spector@usdoj.gov

**Court-Judge/Agency appealed from:** The Hon. Stefan R. Underhill, USDJ Dist. of Connecticut

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
  A. been sought?   ☒ Yes   ☐ No
  B. been obtained? ☒ Yes   ☐ No

Is **oral argument** requested?  ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?  ☐ Yes   ☒ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made **below**?  ☐ Yes   ☐ No
Has this relief been previously sought in this Court?  ☐ Yes   ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:** /s/ Deirdre A. Murray    **Date:** 2/27/2007

Has **service** been effected?  ☐ Yes   ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~. on consent.

A TRUE COPY
Thomas W. Asreen, Acting Clerk
Date: 3/7/07
by /s/ Deputy Clerk

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by /s/ Arthur M. Heller, Motions Staff Attorney

[FILED MAR 07 2007 - Thomas Asreen, Acting Clerk, UNITED STATES COURT OF APPEALS SECOND CIRCUIT]

Form T-1080 (Revised 11/01/06).

CERTIFIED: 3/29/07