**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 17, 2007

Robert Spector, AUSA
United States Attorney's Office
450 Main Street
Hartford, CT 06103

       Re: Case Name: USA v Kenneth Moore
            Number: 3:03cr78 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Government Exhibits 1-11

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                        Sincerely,

                        Kevin F. Rowe, Clerk

                        BY ____/s/_____
                              Alice Montz
                              Deputy Clerk

ACKNOWLEDGMENT:_____     DATE: _____