**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 17, 2007

Deirdre A. Murray
Federal Public Defender's Office - Htfd
10 Columbus Blvd.
6th Floor
Hartford, CT 06106-1976

Re: Case Name: USA v Kenneth Moore
Number: 3:03cr78 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Defendant's Exhibits A,B,C,D,E

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY ___/s/_____
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____